UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NANNETTE F. NICHOLSON,

    Plaintiff,

v.                                          Case No: 6:18-cv-20-Orl-40DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause is before the Court on Claimant's appeal of the final decision of the Commissioner of Social Security denying her application for disability insurance benefits (Doc. 1) filed on January 5, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be reversed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 30, 2018 (Doc. 14), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **REVERSED and REMANDED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Claimant and against the Commissioner, and to **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on December 17, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties